THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH HARRIS,

        Petitioner

v.

YORK HOSPITAL, et al.,

        Respondents

1:20-CV-1584
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 21st DAY OF SEPTEMBER, 2020, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 4) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 4) is **ADOPTED** for the reasons explained therein.

2. Petitioner Kenneth Harris' Petition for a Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge